**FILED**

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0530



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0530

In re the Name Change of:

PAXTEN MIGUEL PIPITONE

    Minor Child,

EVELYN PAZ,

                                             ORDER OF MEDIATOR APPOINTMENT

    Petitioner and Appellee,
  and

FRANK PIPITONE,

    Respondent and Appellant.

       This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

       IT IS ORDERED THAT **Lynda S. White,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

       IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

       A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

       DATED this October 11, 2022.

                                             _____
                                  Bowen Greenwood, Clerk of the Supreme Court

c:     Evelyn Paz, Kathryn Elizabeth Keiser, Lynda S. White